IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:19-~~PO~~- mj 302 |
| v. ) | Pentagon Docket |
| ) | July 18, 2019 |
| CONSTANCE-VELLA L. AIKENS, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 Class B Misdemeanor - 7193540)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 24, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the Defendant, CONTANCE-VELLA L. AIKENS, did knowingly, wilfully and unlawfully park a motor vehicle on the Pentagon Reservation after her parking privileges had been administratively suspended by the Pentagon Parking Control Office for a period of one year due to excessive accumulation of parking infractions.

(In violation of Title 32, Code of Federal Regulations, Part §234.18).

(Count 2 - Class B Misdemeanor - Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 24, 2019, during a custodial interview and after waiving her Miranda warnings, the defendant, CONSTANCE-VELLA L. AIKENS, knowingly provided false and misleading information to persons authorized to investigate the violation of law and regulation, to wit: the defendant waived her Miranda warnings and told the Police officers that her husband also works in at the Pentagon and that he drove the vehicle to the Pentagon earlier in the day, and not her. Review of stationary camera videotape evidence shows that the defendant drove the vehicle to the Pentagon and parked in Lane 12 of South Parking, sat in the vehicle for a long period of time, exited the vehicle, walked toward the Corridor 2 Pedestrian Bridge, took the elevator up to the Corridor 2 Entrance and entered the Pentagon through turnstile 3 at approximately 2:27 pm. Further investigation revealed that her husband does not work in the Pentagon and has no parking privileges at the Pentagon.

(In violation of Title 32 Code of Federal Regulations §234.6(c).)

G. Zachary Terwilliger
United States Attorney

By: _____
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information was mailed, first class, postage prepaid, to the defendant at her address of record on this __1st__ day of July, 2019.

By: _____
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil